IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ERIN M. DOUGLAS, | * |
| Plaintiff, | * |
| v. | * CV 115-155 |
| J.C.PENNEY CORPORATION, INC., | * |
| Defendant. | * |

**O R D E R**

Presently before the Court is the parties' stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 17.) Accordingly, the Court **ORDERS** this matter **DISMISSED WITH PREJUDICE**. The Clerk shall **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 14th day of April, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA